

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| SANDRA M. KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　versus<br><br>NEWPARK RESOURCES, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2:06-cv-02150-ML-KWR<br><br>**CLASS ACTION**<br><br>SECTION E<br>MAG. 4 |
| ROBERT LOWRY, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NEWPARK RESOURCES, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2:06-cv-02320-ML-KWR<br><br>**CLASS ACTION**<br><br>SECTION E<br>MAG. 4 |

[caption continued on following page]

**MOTION OF PLUMBERS AND PIPEFITTERS LOCAL 51 PENSION FUND AND MIZRAHI FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

```
__ Fee_____
__ Process_____
X  Dktd_____
√  CtRmDep_____
__ Doc. No_____
```

| | |
|---|---|
| DAVID B. GALCHUTT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NEWPARK RESOURCES, INC., et al.,<br><br>    Defendants. | Civil Action No. 2:06-cv-02395-ML-KWR<br><br><u>CLASS ACTION</u><br><br>SECTION E<br>MAG. 4 |
| JAN WALLACE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NEWPARK RESOURCES, INC., et al.,<br><br>    Defendants. | Civil Action No. 2:06-cv-02421-MLCF-KWR<br><br><u>CLASS ACTION</u><br><br>SECTION E<br>MAG. 4 |
| WILLIAM W. FARR, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NEWPARK RESOURCES, INC., et al.,<br><br>    Defendants. | Civil Action No. 2:06-cv-02443-ML-KWR<br><br><u>CLASS ACTION</u><br><br>SECTION E<br>MAG. 4 |

    NOW INTO COURT, through undersigned counsel come Plaintiffs, Plumbers and Pipefitters Local 51 Pension Fund and Eduardo Mizrahi, on behalf of Shamiz S.A. ("Mizrahi"), who hereby move this Honorable to: (1) appoint Plumbers and Pipefitters Local 51 Pension Fund and Mizrahi as Lead Plaintiffs; (2) approve Plumbers and Pipefitters Local 51 Pension Fund and Mizrahi's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the Lemmon Law Firm to serve as Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Plumbers and Pipefitters

- 1 -

Local 51 Pension Fund and Mizrahi submit herewith a Memorandum of Law and Declaration of Andrew A. Lemmon dated June 20, 2006.

**WHEREFORE**, Plaintiffs, Plumbers and Pipefitters Local 51 Pension Fund and Eduardo Mizrahi, on behalf of Shamiz S.A. ("Mizrahi"), respectfully request this Honorable to: (1) appoint Plumbers and Pipefitters Local 51 Pension Fund and Mizrahi as Lead Plaintiffs; (2) approve Plumbers and Pipefitters Local 51 Pension Fund and Mizrahi's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the Lemmon Law Firm to serve as Liaison Counsel; and (3) grant such other and further relief as the Court may deem just and proper.

DATED:  June 20, 2006

RESPECTFULLY SUBMITTED,

LEMMON LAW FIRM LLC
ANDREW A. LEMMON (BAR NO. 18302)

_____
ANDREW A. LEMMON

15058 River Road
Hahnville, LA  70057
Telephone:  985/783-6789
985/783-1333 (fax)

[Proposed] Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL J. GELLER
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

ADEMI & O'REILLY, LLP
GURI ADEMI
SHPETIM ADEMI
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: 414/482-8000
414/482-8001 (fax)

Additional Counsel for Plaintiffs