UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| In re NEWPARK RESOURCES, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 2:06-cv-02150-ML-KWR<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | SECTION E/4 |

DECLARATION OF ERIC J. O'BELL FILED ON BEHALF OF LAW OFFICES OF ERIC J. O'BELL, L.L.C. IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

## I, ERIC J. O'BELL, DECLARE AS FOLLOWS:

1. I am a member of the Law Offices of Eric J. O'Bell, L.L.C. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. This firm is Co-Liaison Counsel of record for Lead Plaintiffs Plumbers and Pipefitters Local 51 Pension Fund, Gilbert E. Sanders, John A. Broussard, et al.

3. The identification and background of my firm is attached hereto as Exhibit A.

4. The total number of hours spent on this litigation by my firm to date is 28.05. The total lodestar amount for attorney/paralegal time based on the firm's current rates is currently $13,884.75. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Eric J. O'Bell | (P) | 28.05 | 495.00 | $13,884.75 |
|  |  |  |  |  |
|  |  |  |  |  |
| *TOTAL:* |  |  |  |  |

(P) Partner            28.05      495.00     $13,884.75
(A) Associate
(PL) Paralegal

5. My firm incurred a total of $103.56 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

### EXPENSES

From Inception to September 24, 2007

| DISBURSEMENT | TOTAL |
|---|---|
| Meals, Hotels & Transportation | 0.0 |
| Photocopies | 45.00 |
| Postage | 10.16 |
| Telephone, Facsimile | 48.40 |

- 1 -

- 2 -

| | |
|---|---|
| Messenger, Overnight Delivery | 0.0 |
| Filing, Witness & Other Fees | 0.0 |
| Court Reporters | 0.0 |
| Lexis, Westlaw, Online Library Research | 0.0 |
| Class Action Notices/Business Wire | 0.0 |
| Mediation Fees | 0.0 |
| Experts/Consultants/Investigators | 0.0 |
| **Outside:** | |
| | |
| | |
| **In-House:** | |
| | |
| | |
| Assessments | 0.0 |
| ***TOTAL*** | ***103.56*** |

6. The following is additional information regarding these expenses:

(a) Photocopying:
In-house (225 copies @ $0.20 per copy): $45.00

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of September, 2007, at Metairie, Louisiana.

_____
ERIC J. O'BELL