**EXHIBIT A**

## RESUME'

## ERIC J. O'BELL
### Attorney At Law
### 3500 North Hullen Street
### Metairie, Louisiana 70002

### *PROFESSIONAL INFORMATION*

        Member, Eric J. O'Bell, L.L.C., 2004 - present

        Special Counsel, Gauthier, Houghtaling, & Williams, L.L.P., 2005 - present

        Associate, Calvin C. Fayard, Jr., A.P.L.C., 1993-2003

Admissions:  Pennsylvania State Bar Association, 1994; Louisiana State Bar Association, 2000; United States District Courts for the Eastern, Middle and Western Districts of Louisiana; United State District Court for the Eastern District of Pennsylvania

        Louisiana Trial Lawyers Association, Member
        American Trial Lawyers Association, Member
        American Bar Association, Member

Faculty:  Loyola University New Orleans, School of Law; Skills Curriculum Faculty, Louisiana Class Action Procedure; 2006 - present

        Speaker, "How to Litigate Your Advanced Spine Pedicle Screw Case," Seminar: Plaintiffs' Legal Committee, MDL-1014; Philadelphia, LA (1996)

### *EXPERIENCE AND BACKGROUND IN MASS TORT AND CLASS ACTION*

      Eric J. O'Bell practices primarily in the area of securities and consumer litigation, mass tort, class action and other personal injury and wrongful death cases. His primary role in class actions and mass tort cases has been as co-lead counsel and a sub-committee member of various discovery and trial teams of state and/or national committees. Mr. O'Bell also lectures at Loyola University New Orleans, School of Law on the subject of Class Action Procedure in Louisiana as a member of the Skills Curriculum Faculty.

1. In Re: Silicone Gel Breast Implant Litigation, MDL-926, (1992), United States District Court, Northern District of Alabama; served as a sub-committee member of the National Discovery Team for Dow Chemical and Dow Corning.

2. In Re: Pedicle Screw Product Liability Litigation, MDL:-1014, (1994), United States District Court, Eastern District of Pennsylvania; served a sub-committee member of the National Discovery Team for various defendants, including AcroMed, Advanced Spine Fixation Systems, Inc. and Cross Medical Corporation.

1



3.  In Re: Chemical Release at Bogalusa, (1995), 22nd Judicial District Court, Parish of Washington, State of Louisiana, No. 73, 341, arising out of a tank car explosion at the Gaylord Chemical Plant in Bogalusa, Louisiana, served as a member of the trial team.

4.  Marzell Ike Dumas, et al v. Angus Chemical, et al, (1991), Fourth Judicial District Court Parish of Ouachita, No. 92-1707, mass tort, certified class action arising from the May 1, 1991, IMC Fertilizer Plant Explosion in Sterlington, Louisiana involving approximately 1,300 class members, served on discovery and trial team of Plaintiffs' Committee. Settled for approximately $ 86 million.

5.  Castano, et al. v. The American Tobacco Co., et al, (1994), United States District Court, Eastern District of Louisiana, CA No. 94-1044; involving a proposed nationwide class action against the tobacco industry for products liability and fraudulent misrepresentations; served as a member of the Discovery Team of Plaintiffs' Steering Committee. Certified as a national class action. Class certification reversed by United States Fifth Circuit Court of Appeal. California action settled for serval billion dollars. Louisiana action currently in trial.

6.  In Re: Baycol Products Liability Litigation, MDL-1431, (2001), United States District Court, District of Minnesota, involving product liability claims arising out of the use of the drug Baycol; served as a member of the Discovery Committee and representing over 100 individual cases.

7.  Brenda C. Reddoch, et al v. Parish of Plaquemines, et al, 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, No. 48,380, Lead Counsel for class, arising out of exposure to toxic mold in the workplace. Class certification denied.

8.  Thomas, et al v. ClearCredit, et al, United States District Court, Eastern District of Louisiana; CA No. 03-2580; Served as Co-Lead Counsel for national settlement class involving violations of Fair Credit Reporting Act. Action certified as a national settlement class and received court approval after Fairness Hearing.

9.  Richard L. Olivier, et al v. Capital One Financial Corporation, et al, United States District Court, Eastern District of Louisiana; CA No. 06-2422; Co-Lead Counsel for a proposed Louisiana state class involving the withholding and non-payment of interest payments on insurance settlement proceeds received from Hurricane Katrina insurance settlement funds. Class certification pending.

10. Sandra Kim, et al v. Newpark Resources, Inc., United States District Court, Eastern District of Louisiana; CA No. 06-02150; Court appointed Co-Liaison Counsel for a national proposed class involving public investors who acquired securities of Newpark Resources, alleging company's executive officers violated the Securities Exchange Act of 1934 and S.E.C. Rule 10b-5.

11. In Re: Hornbeck Securities Litigation, United States District Court, Eastern District of Louisiana; CA No. 07-408; Court appointed Co-Liaison Counsel for a national proposed class involving public investors who acquired securities of Hornbeck Offshore Services,

      alleging company's executive officers violated the Securities Exchange Act of 1934 and S.E.C. rule 10b-f

12. <u>Thompson, et al v. Shaw Group Inc., et al</u>, United States District Court, Eastern District of Louisiana; CA No. 04-1685; Local Counsel for a proposed national class of derivative investors.