UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In re NEWPARK RESOURCES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Civil Action No. 2:06-cv-02150-ML-KWR <u>CLASS ACTION</u> SECTION E/4 |
| This Document Relates To: | | |
| ALL ACTIONS. | | |

ORDER GRANTING MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

THIS MATTER having come before the Court on the application of counsel for the Lead Plaintiffs for an award of attorneys' fees and expenses incurred in the Litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation with the Defendants to be fair, reasonable and adequate and otherwise being fully informed and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

2. Lead Plaintiffs' counsel have moved for an award of attorneys' fees in the amount of 30% of the Settlement Fund. This is the fee percentage that has been approved by all of the Lead Plaintiffs (appointed by the Court pursuant to 15 U.S.C. §78u-4(a)(6) of the Private Securities Litigation Reform Act of 1995).

3. This Court adopts the percentage-of-recovery method of awarding fees in this case, and concludes that the percentage of the benefit is the proper method for awarding attorneys' fees in this case.

4. The Court hereby awards attorneys' fees of 30% of the Settlement Fund and $92,646.89 in expenses, plus interest on the expenses at the same rate as earned on the Settlement Fund.

5. Said fees shall be allocated among counsel for Lead Plaintiffs by Plaintiffs' Lead Counsel in a manner which, in their good faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Litigation.

- 2 -

      6.      The awarded attorneys' fees and expenses shall be paid to Lead Plaintiffs' counsel from the Settlement Fund, subject to the terms, conditions and obligations of the Stipulation of Settlement dated as of March 27, 2007.

      IT IS SO ORDERED.

DATED:  9th  October, 2007.

                                  THE HONORABLE MARCEL LIVAUDAIS, JR.
                                  UNITED STATES DISTRICT JUDGE

S:\Settlement\Newpark Resources.set\ORD FEES 00045802.doc