**EXHIBIT 1**

8/31/07

Newpark Securities Litigation
Claims Administrator
c/o RSM McGladrey, Inc.
PO Box 1607
Blue Bell, Pa 19422

I the undersigned wish to be excluded from the Class Re. Newpark Securities Litigation.

200 shares purchased 9.28.06 @ $5.3998.
200 shares sold 1.22.07 @ $6.10.

Donna McPhilmy

*Donna McPhilmy* (signature)

F. Mc Philmy

31 AUG 2007 PM 2 L

Newport Securities Litigation
Claims Administrator
c/o RSM McGladrey Inc.
PO Box 1607
Blue Bell, PA 19422

19422$0450

August 31, 2007

Claims Administrator
c/o RSM McGladrey, Inc.
P.O. Box 1607
Blue Bell, PA 19422

Law Suit:
    Class action lawsuit entitled: In Re NEWPARK RESOURCES, INC. SECURITIES LITIGATION

Name and Address:
    Name: Ronald L Goodlin & Grace B Goodlin, Goodlin Family Living

Phone:

Purchased:
    300 shares of Newpark at $7.88 on September 16, 2005.
Sold:
    300 shares of Newpark at $8.20 on December 21, 2005.

Request:
    We are requesting to be excluded from the Class.

Thank you,

*Ronald L. Goodlin*   *Grace B Goodlin*

Ronald L Goodlin & Grace B Goodlin, Goodlin Family Living



U.S. POSTAGE PAID
SEP 04 07
AMOUNT
$4.80
00019213-08

SEP 7 2007

7006 2760 0002 7975 5979

Claims Administrator
c/o RSM McGladrey, Inc.
PO Box 1607
Blue Bell, PA 19422

19422+0450



Mr & Mrs Ronald L Goodlin